IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

In re:

Tonja Pye Means,

Case No.: 19-42464

Debtor.

2120 SW Gooseberry Lane
Lees Summit, MO 64082
SSN: xxx-xx-2547

**DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO PROVIDE REQUESTED DOCUMENTATION (Document 162)**

**COMES NOW** Debtor, by and through her Counsel, Steven M. Long of The Sader Law Firm, and in response to the Trustee's Motion to Dismiss for Failure to Provide Requested Documentation (Document 162) states as follows:

1.     Debtor admits the allegations contained in paragraph one of the motion.

2.     Debtor admits the allegations contained in paragraph two of the motion.

3.     Debtor admits the allegations contained in paragraph two of the motion.

4.     Debtor has completed her tax returns and has expressed confidence in her ability to forward them to her counsel today.

5.     Upon receipt, her counsel will forward them to the Trsutee.

WHEREFORE, for the foregoing reasons, Debtor prays this Court enter an Order denying the Trustee's Motion to Dismiss Case (Document 162), or in the alternative that the matter be set for hearing, and for any other Orders this Court deems just and proper.

THE SADER LAW FIRM

By: /s/ *Steven M. Long*
     Steven M. Long, MO#60118
     2345 Grand Boulevard, Suite 2150
     Kansas City, Missouri 64108-2663
     816-561-1818 | Fax: 816-561-0818
     Direct Dial: 816-595-1810
     slong@saderlawfirm.com

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all parties in and others receiving electronic service through the U.S. Bankruptcy Court's **ECF** System and by First Class U.S. Mail, postage prepaid, on the parties requesting notice listed below on December 5, 2022.

     /s/ *Steven M. Long*
     Steven M. Long Attorney

S:\BankruptcyCurrent\Client Forms - Active\Means, Tonja\Pleadings
2022.12.05 - Response to Trustee Motion to Dismiss Case - documents (Doc 162)